IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CRIMINAL NO. 13-00191-CB |
| WILLIAM DOUGLAS MCRAND III, ) | |
| Defendant. ) | |

**<u>ORDER</u>**

This matter is before the Court on defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on a retroactive amendment to the United States Sentencing Guidelines. In 2014, the United States Sentencing Commission ("the Commission") enacted an amendment to the United States Sentencing Guidelines that further reduced the sentencing ranges for offenses involving cocaine base. *See* Amendment 782, United States Sentencing Guidelines. The Commission has deemed this to be an amendment that may be applied retroactively. See U.S.S.G. § 1B1.10. After review of the motion and all relevant factors prescribed by § 1B1.10, the court has determined that a reduction of sentence based on the amended guideline range may be appropriate in this case.

Defendant's original calculated guidelines range was 292 to 365 months Count 1), 240 months (Count 12), and 120 months (Count 40). The Court sentenced defendant to 292 months (Count 1), 240 months (Count 12), and 120 months (Count 40), all to run concurrently. According to the revised guidelines calculation prepared by the United States Probation Office, application of Amendment 782

would result in a guideline range 210 to 262 months (Count 1), 210 to 240 months (Count 12), and 120 months (Count 40).  Unless the United States files a written objection on or before **July 6, 2016**, the Court will enter an order reducing the defendant's sentence to 210 months (Count 1), 210 months (Count 12) and 120 months (Count 40), all to run concurrently.

**DONE** and **ORDERED** this the 6th day of June, 2016.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**