# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM D. MCRAND, III, BOP REG. #13329-003 ) ) ) | |
| Petitioner, ) ) | |
| vs. ) ) ) | CIVIL ACTION NO. 17-0264-CG<br>CRIMINAL NO. 13-00191-CG-N |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 20, 2018, is adopted as the opinion of this Court.

**DONE and ORDERED** this 24th day of April, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE